## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In the matter of | ) | Chapter 7 |
| | ) | |
| THIERRY J. CHAUNU, | ) | Case No. 14-51500 (AHWS) |
| | ) | |
| Debtor | ) | November 12, 2014 |

# TRUSTEE'S REPORT OF ASSETS

Richard M. Coan, Trustee of the above-captioned estate, hereby reports that it appears that he will recover assets. It is now appropriate to set a claims bar date and send notice to all parties in interest through BNC.

Dated at New Haven, Connecticut this 12th day of November 2014.

/s/ Richard M. Coan
Richard M. Coan, Trustee (ct06376)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, Connecticut 06511
Telephone:     (203) 624-4756
Facsimile:     (203) 865-3673
rcoan@coanlewendon.com