**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| THIERRY J. CHAUNU, | ) | Case No. 14-51500 (AHWS) |
| | ) | |
| Debtor | ) | October 19, 2015 |

**NOTICE OF SALE OF PROPERTY OF ESTATE**
**AND OPPORTUNITY FOR OBJECTIONS THERETO**

Notice is hereby given by Richard M. Coan, Trustee in the above case, that he intends to sell property of the above-captioned bankruptcy estate at private sale pursuant to an Agreement between Richard M. Coan, Trustee, as Seller, and Nelson Thottam, as Buyer. The contemplated sale will be a 'short sale' and the closing is scheduled to take place as soon as practicable after approval by the United States Bankruptcy Court.

The property to be sold is known as 30 Stonebrook Lane, Greenwich, Connecticut.

The property will be sold to Nelson Thottam, or his nominee, for $875,000.00. In addition, the proposed buyer has agreed to pay a $75,000.00 buyer premium at the closing in addition to the said purchase price. The property will be sold free and clear of mortgages and liens, with mortgages and liens to attach to the proceeds of sale. The sale will be subject to the usual adjustments for unpaid real estate property taxes and other similar items, said adjustments to be made as of the date of the closing in accordance with the custom for closings in Greenwich, Connecticut. As part of the short sale agreement, the first mortgagee has agreed to the short sale provided it receives at least $804,456.00 from the gross purchase price, unless it agrees in writing to accept a lesser amount. Specifically, said mortgagee has agreed that the following items may be deducted from the $875,000.00 sale price in determining the balance available for distribution to it: $52,500.00 for real estate brokers' commissions; $25,000.00 to Loss Mitigation Services for its work in negotiating this short sale, other usual and customary closing expenses including $11,304.00 to the town of Greenwich for past due real estate property tax, water and sewer bills, etc; transfer tax and recording fees; and $2,750.00 for settlement or title expenses. It is anticipated that the bankruptcy estate will receive a minimum of $75,000.00 for administrative expenses and for unsecured creditors. The amount owing to said mortgagee far exceeds the proposed sale price, so in effect said mortgagee is paying all of the foregoing items out of proceeds of sale to which it would be entitled absent the short sale agreement.

Further information with reference to the property and the sale may be obtained from the Trustee, Richard M. Coan, at Coan, Lewendon, Gulliver & Miltenberger, LLC, 495 Orange Street, New Haven, Connecticut 06511, (203) 624-4756, rcoan@coanlewendon.com.

Any person objecting to said sale or wishing to make a higher offer should notify the Clerk of the Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604 in writing with a copy of the objection or higher offer to Richard M. Coan no later than 10/30/15____. A hearing on the objections is scheduled for 11/3/15____ at 10:00 a.m.____ in Courtroom 123, United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604.

In the event that any person gives notice of a desire to make a higher offer, the Trustee shall hold an auction at the time of the above-scheduled hearing or at a later date. Further details may be obtained from the Trustee.

If no objections to such sale or higher offers are received by the date specified above for objections or higher offers, said sale will be conducted as set forth above.

Dated at New Haven, Connecticut this 19th day of October, 2015.

/s/ Richard M. Coan
Richard M. Coan, Trustee (ct06376)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, Connecticut 06511
Telephone:    (203) 624-4756
Facsimile:    (203) 865-3673
rcoan@coanlewendon.com