**Ronnie Sanwald**

| | |
|---|---|
| **From:** | Daniel Shepro |
| **Sent:** | Wednesday, November 04, 2015 1:33 PM |
| **To:** | Ronnie Sanwald |
| **Subject:** | FW: U.S. Bankruptcy Court, District of Connecticut - Undeliverable Notice, In re: Thierry J. Chaunu, Case Number: 14-51500, ahws, Ref: [p-88601608] |
| **Attachments:** | B_P51451500pdfdoc20127.PDF |

**From:** USBankruptcyCourts@noticingcenter.com [mailto:USBankruptcyCourts@noticingcenter.com]
**Sent:** Wednesday, November 04, 2015 12:50 PM
**To:** Daniel Shepro <DShepro@sheprohawkins.com>
**Subject:** U.S. Bankruptcy Court, District of Connecticut - Undeliverable Notice, In re: Thierry J. Chaunu, Case Number: 14-51500, ahws, Ref: [p-88601608]

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

November 5, 2015

From: United States Bankruptcy Court, District of Connecticut

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Thierry J. Chaunu, Case Number 14-51500, ahws

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Bridgeport
915 Lafayette Blvd
Bridgeport, CT 06604**

Undeliverable Address:
State of CT, Dept. of Revenue Services

1

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

25 Sigourney St., Suite 2
Hartford CT 06106

Undeliverable Address:
JPMorgan Chase Bank, National Association

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

P.O. Box 78035
Phoenix, AZ 85062-8035

_____         11/5/15
Signature of Debtor or Debtor's Attorney         Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

FILED 2015 NOV -9 P 12: 02
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT