To: US Bankruptcy Court
District of CT – Bridgeport Division
915 Lafayette Blvd
Bridgeport, CT 06604

Jan 3, 2016

CASE # 14-51500-AHWS

FILED 2016 JAN 13 P 12:12
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

Dear Sirs,

This is to advise that my new postal address is:

THIERRY CHAUMU
132 EAST 43rd St # 341
New York, NY 10017

Sincerely,

*[signature]*
THIERRY CHAUMU